UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENTON SILDACK,                    Civil Action No. 11-cv-12939

       Plaintiff,              HON. DENISE PAGE HOOD

v                                   MAGISTRATE JUDGE R. STEVEN WHALEN

CORIZON HEALTH INC., et al.

       Defendants.

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Trenton Sildack Deposition Excerpts |
| 2 | July 7, 2008 Prisoner Accident Report |
| 3 | July 7, 2008 Examination Notes of Nurse Edwards |
| 4 | August 25, 2008 Progress Note of Nurse Edwards |
| 5 | November 25, 2008 Examination Notes of Nurse Practitioner Kirk |
| 6 | December 8, 2008 Medical Kite Response of Nurse Croston |
| 7 | December 14, 2008 Medical Kite Response of Nurse Baker |
| 8 | December 15, 2008 Medical Transfer – Nurse Schwartz |
| 9 | May 5, 2009 Examination Notes of Nurse Kovar |
| 10 | May 6, 2009 Note Summary of Dr. Warren |
| 11 | May 14, 2009 Note Summary of Dr. Sell |
| 12 | May 28, 2009 Note Summary of Dr. Sell |

| | |
|---|---|
| 13 | June 6, 2009 Medical Kite Response of Lisa Shilling |
| 14 | June 10, 2009 Examination Notes of Nurse Quinlan |
| 15 | June 11, 2009 Note Summary of Dr. Sell |
| 16 | June 15, 2009 Letter from Attorney Lieberman requesting MRI |
| 17 | June 22, 2009 Medical Kite Response of Nurse Pope |
| 18 | June 25, 2009 MRI Requested by Dr. Sell |
| 19 | June 26, 2009 Administrative Progress Note of Nurse Kihm indicating medical records requested by Ombudsman Barber and Investigator Zimbelman. |
| 20 | July 10, 2009 MRI Report |
| 21 | Harriett Squier, M.D., Deposition Excerpts |
| 22 | July 22, 2009 Note Summary of Nurse Freytag |
| 23 | July 30, 2009 Handwritten Note of Edelman |
| 24 | August 14, 2009 Progress Notes of Dr. Stieve |
| 25 | August 23, 2009 Grievance |
| 26 | August 26, 2009 Neurosurgeon Consultation Request of Dr. Sell |
| 27 | September 9, 2009 Neurological Evaluation Letter – Dr. LaHaye |
| 28 | September 15, 2009 Epidural Steroid Injections Request of Dr. Burtch |
| 29 | October 6, 2009 Progress Note of Dr. Haggard |
| 30 | November 13, 2009 Grievance |
| 31 | December 7, 2009 MDOC Quality Assurance Office's Response to Transfer Request made by Melissa Sildack |
| 32 | December 16, 2009 Examination Notes of Nurse Roose |

| | |
|---|---|
| 33 | January 7, 2010 Examination Notes of Dr. Burtch |
| 34 | January 7, 2010 Grievance |
| 35 | January 15, 2010 Email Reply from Edelman |
| 36 | January 19, 2010 Letter from Senator Prusi to Ombudsman Barber |
| 37 | January 20, 2010 Examination Notes of Kim Mahler |
| 38 | March 5, 2010 Administrative Progress Note |
| 39 | March 17, 2010 Examination Notes of Kim Mahler |
| 40 | March 24, 2010 Administrative Notes of Dr. Pandya |
| 41 | March 25, 2010 Examination Notes of Dr. Ralles |
| 42 | March 16, 2011 Evaluation Letter of Dr. Kachmann |
| 43 | October 28, 2011 IME Letter of Dr. Kershner |