UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENTON SILDACK,

    Plaintiff,                                                                 No. 11-12939

v.                                                           District Judge Denise Page Hood
                                                                Magistrate Judge R. Steven Whalen

CORIZON HEALTH, INC., ET AL.,

    Defendants.
_____ /

**ORDER**

      For the reasons stated on the record on July 29, 2013, Defendants' Motion to Disqualify Plaintiff's Expert David Sova, D.O. [Doc. #148] is GRANTED.

      IT IS SO ORDERED.


Dated: July 29, 2013                s/ R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on July 30, 2013, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable R. Steven Whalen