UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENTON SILDACK,

    Plaintiff,                 No. 11-12939

v.                            District Judge Denise Page Hood
                               Magistrate Judge R. Steven Whalen

CORIZON HEALTH, INC., ET AL.,

    Defendants.
_____/

## ORDER

Defendants' Motion to Compel Depositions of Plaintiff's Experts [Doc. #153] is hereby GRANTED, as follows:

1. At a telephonic conference held on September 25, 2013, counsel confirmed that the depositions of Ann Michelle Webb, N.P. and Charles R. Kershner, M.D. are scheduled fo October 28, 2013. Those depositions will go forward as scheduled.

2. The deposition of Jeffrey Kachman, M.D. will be held no later than November 30, 2013.

3. The deadline for dispositive motions is extended to January 8, 2014.

IT IS SO ORDERED.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Date: September 25, 2013

I hereby certify that a copy of the foregoing document was sent to parties of record on September 25, 2013, electronically and/or by U.S. mail.

                                                S/Michael Williams
                                                Case Manger for the
                                                Honorable R. Steven Whalen