UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRENTON SILDACK,

    Plaintiff,                                      Case No. 11-12939
                                                     Honorable Denise Page Hood

v.

CORIZON HEALTH, INC., et al.,

    Defendants.
_____/

## ORDER ACCEPTING SUPPLEMENTAL REPORT AND RECOMMENDATION
### and
## DISMISSING CERTAIN DEFENDANTS

This matter is before the Court on Magistrate Judge R. Steven Whalen's Supplemental Report and Recommendation filed May 31, 2013 **[Doc. No. 144]**.  Plaintiff does not object to the recommendation that certain Defendants be dismissed.

Accordingly,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **[Doc. No. 144]** is ACCEPTED and ADOPTED.

IT IS ORDERED that the following Defendants are DISMISSED:  Gary L. Baker, Diane M. Scharz, Phillip A. Ruede, Martha J. Murphy, Nelda Pula, Christine L. Stewart, William A. Warren, Barry D. Davis and Annette D. Miller.

IT IS FURTHER ORDERED that Defendant John Doe is DISMISSED without prejudice.

                                                                    S/Denise Page Hood
                                                                    DENISE PAGE HOOD
                                                                    United States District Judge

DATED: September 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2013, by electronic and/or ordinary mail.

                                              S/Holly Monda for LaShawn Saulsberry
                                              Case Manager